UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14015-CR-MOORE

UNITED STATES OF AMERICA,

    Plaintiff(s),

vs.

FRANCESCO SIMO
#N/A,

    Defendant(s).
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued May 23, 2007 [28]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation issued May 23, 2007 [28] is hereby **ADOPTED.** The defendant Francesco Simo is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this ___ day of June, 2007.

                                      K. MICHAEL MOORE
                                      UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record